UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACQUES M. SUTTON,<br><br>　　　　　Defendant. | Case No.  05-626M<br><br>DETENTION ORDER |

<u>Offense charged</u>:

　　Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

<u>Date of Detention Hearing</u>:   March 2, 2006.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　(1)　Defendant has a significant criminal background history.

　　(2)　Defendant has a past and present history of serious substance-abuse problems.

　　(3)　Defendant has been charged with felon in possession of a firearm, a serious and critical offense.

　　(4)　Defendant has twelve (12) prior revocations of probation, which reflect an unwillingness or inability to comply with the terms of supervision imposed.

DETENTION ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　15.13
18 U.S.C. § 3142(i)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 1/91
PAGE 1

(5) Defendant has a total of six previous failures to appear.

(6) There appear to be no conditions or combination of conditions other than detention that will assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of March, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge